UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81058-CIV-MARRA/WHITE

CARL COREY HILL,

Plaintiff,

vs.

WEST PALM BEACH FLORIDA,

Defendants.
_____/

**FINAL JUDGMENT**

For the reasons stated in the Report of the Magistrate Judge and upon independent de novo review of the file, and no objections having been filed, it is **ORDERED AND ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge is adopted and approved. The Complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).[1]

2) All motions not otherwise ruled upon are dismissed as moot.

---

[1] The Court concludes that the Complaint is subject to dismissal under both section 1915(e)(2)(B)(i) and (ii).

3)	The case is closed.

**DONE and ORDERED** at West Palm Beach, Palm Beach County, Florida this 12th day of August, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　KENNETH A. MARRA
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge